UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BHS HARREX, INC.,

    Plaintiff,

v.

GENTHERM INCORPORATED, and
GENTHERM TEXAS, INC.,

    Defendants.

Case No. 20-cv-10195
Hon. Matthew F. Leitman

_____/

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

For the reasons set forth in Plaintiff's Response to the Court's Order to Show Cause (ECF No. 8), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: July 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2021, by electronic means and/or ordinary mail.

                                s/Holly A. Monda
                                Case Manager
                                (810) 341-9764